Sandra Patricia MORALES–
MAZARIEGOS,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 11–70660.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Sandra Patricia Morales–Mazariegos, Pomona, CA, pro se.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, Stefanie A. Svoren–Jay, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM **

Sandra Patricia Morales–Mazariegos, a native and citizen of Guatemala, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Morales–Mazariegos's motion to reconsider where the motion failed to establish any error of law or fact in the BIA's prior order denying Morales–Mazariego's motion to reopen. *See* 8 C.F.R. § 1003.2(b)(1).

To the extent that Morales–Mazariegos challenges the BIA's underlying order denying her motion to reopen, we lack jurisdiction because this petition is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1) (petitions for review must be filed within 30 days of the order); *Singh v. INS,* 315 F.3d 1186, 1188 (9th Cir.2003).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

Oil, Edward John Duffy, Trial, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.